IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                 **Civ. No. 11-389 RHS/ACT**

$67,340.00 IN UNITED STATES CURRENCY,

    *Defendant*,

and

CARLOS FLORES-SOTO A/K/A CARLOS SOTO AND
FLORY I. SCHUTT

    *Claimants*.

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the court on the United States' Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, the court having read the motion and being fully advised in the premises, finds that reasonable cause existed for arrest of the defendant property in this case.

IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

*Robert Hayes Scott*
UNITED STATES MAGISTRATE JUDGE

Submitted by:
 *Electronically submitted 8/24/11*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys